

**ORDERED in the Southern District of Florida on February 3, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-22945-AJC |
| PEDRO E. ALVAREZ<br>a/k/a PEDRO ALVAREZ<br>a/k/a PEDRO EMILIO ALVAREZ<br>a/k/a PEDRO EMILIO ALVAREZ GONZALEZ<br>a/k/a PEDRO ALVAREZ GONZALEZ<br>a/k/a PEDRO E. ALVAREZ GONZALEZ, | CHAPTER 7 |
| Debtor. | |

_____/

**AGREED ORDER GRANTING JPMORGAN CHASE BANK'S
MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 39)**

**THIS CASE** came on for hearing on December 5, 2019 at 10:30 a.m. upon the Motion for Relief from Automatic Stay filed by JPMorgan Chase Bank, National Association, its Successors and/or Assigns ("Secured Creditor") (Doc. No. 39), and the Response thereto (the "Response") filed by Drew M. Dillworth, the Chapter 7 Trustee (Doc. No. 40). The Court having reviewed the record and being advised of the agreement of the parties to the terms contained herein, it is,

**ORDERED:**

1.      The Motion is GRANTED IN PART, as more fully set forth herein-below.

2. The automatic stay arising by virtue of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Secured Creditor's interest in the Property (defined herein below).

3. To the extent herein, Secured Creditor shall be entitled to *in rem* relief as to its interest in the real property commonly known as **711 E 7th Ave, Hialeah, Florida 33010** (the "Property"), and which Property is more specifically described as:

> **SITUATE, LYING AND BEING IN MIAMI-DADE COUNTY FLORIDA TO WIT: LOT 1, BLOCK 4, MANOR PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 47, PAGE 97, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

4. Secured Creditor shall not schedule a foreclosure sale of the Property within one hundred eighty (180) days from the date of entry of this Order.

5. The Trustee may seek a stay from the Bankruptcy Court of any foreclosure sale should he obtain a contract for the sale of the property which would pay off the lien interest of the Secured Creditor.

6. Subject to the terms set forth above, this Order is entered for the purpose of allowing Secured Creditor complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, and to have such other and further *in rem* relief as is just. Secured Creditor shall not obtain *in personam* relief against the Debtor.

7. The 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

/s/ *James B. Miller*
James B. Miller, Esq.
Florida Bar No. 0009164
James B. Miller, P.A.
19 W. Flagler Street, Ste 416
Miami, Florida 33130
Telephone: (305) 374-0200
*Attorney for Chapter 7 Trustee*

Marc G. Granger, Esq.
Florida Bar No. 146870
Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
*Attorney for JPMorgan Chase Bank, N.A.*

*Attorney Marc G. Granger, Esq. is directed to serve copies of this order on the parties listed below and file the certificate of service of the Order.*

## Service List

Pedro E Alvarez
18325 Collins Avenue #209
Sunny Isles Beach, Florida 33160-2452

Robert Sanchez, Esq.
Attorney for Debtor
355 W 49 St
Hialeah, Florida 33012

Drew M Dillworth, Trustee
2200 Museum Tower
 150 West Flagler St
Miami, Florida 33130

James B. Miller, Esq.
Attorney for the Chapter 7 Trustee
19 W. Flagler Street., #416
Miami, FL 33130

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130