UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No. 18-22945-AJC

Pedro E Alvarez,                                                    Chapter 7

      Debtor.
_____/

**<u>TRUSTEE'S NOTICE OF TAKING DEBTOR'S 2004 EXAMINATION</u>**

NOTICE IS HEREBY GIVEN that Drew M. Dillworth, the duly appointed and acting Chapter 7 Trustee herein, by and through his undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 2004, will conduct an examination of:

| | |
|---|---|
| EXAMINEE: | Pedro E Alvarez (If Examinee needs a translator it is Examinee's responsibility to provide and pay for same). |
| PLACE: | James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130 |
| DATE: | October 7th, 2020 at 10:00 a.m. |

This examination may continue from day to day until completed. If the Examinee receives this Notice less than seven (7) days prior to the scheduled examination (or less than 10 days if the examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time. The examination is pursuant to FRBP 2004 and applicable Local Rule and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FBRP 2004.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Pleading has been served on this 23rd day of September, 2020, *via* ECF Service upon: **Robert Sanchez, Esq., as Debtor's Counsel; Drew M. Dillworth, Chapter 7 Trustee, and the AUST;** and, *via* **U.S. Mail upon Pedro E Alvarez at 18325 Collins Avenue, Apt 209, Sunny Isles Beach, Fl 33160-2452.**

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida and duly qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 23rd day of September, 2020.

                                                Trustee's Counsel
                                                19 West Flagler Street, Suite 416
                                                Miami, FL 33130
                                                Tel. No. (305) 374-0200
                                                Fax. No. (305) 374-0250
                                                Email: jbm@title11law.com

                                                _____/s/_____
                                                JAMES B. MILLER, ESQ.
                                                Florida Bar No. 0009164

# EXHIBIT "A"

## I.    DEFINITIONS

A. the term **"Representative"** shall mean any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the persons in question (the "Debtor" in this bankruptcy proceeding)

B. The term **"Person(s)"** shall mean the plural as well as the singular and shall include any natural person, corporation, partnership, joint venture, association, government agency, and every other form of entity cognizable at law.

C. The terms **"You"** and **"Your"** refer to the Debtor, jointly and individually as the case may apply to bring into the gambit the maximum amount of information and/or documents requested).

D. The term **"Document"** shall mean the original and any copy whether different from the original by reason of any notation made on such copies or otherwise, regardless of the origin or location, of any written, recorded, transcribed, punched, taped, films or graphic matter, however produced or reproduced, including, but not limited to, any correspondence, notes, logs, journals, reports, letter, memoranda, notes, diaries, statistics, minutes, contracts, studies, checks, statements, receipts, returns, summaries, pamphlets, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telecopies, telefax, invoices, worksheets (and all drafts, alterations, modifications or changes to any of the foregoing); graphic and oral record or representations of any kind, including without limitation, photographs, charts, graphs, diagrams, illustrations, drawings, microfiche, microfilm, video tape recordings, motion pictures, electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs and recordings.

E. The term **"All Documents"** shall mean any document as above defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

F. The term **"Communication"** shall mean any oral or written utterance, notation or statement of any nature whatsoever, by and to whosoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, conferences, meetings, consultations, agreements and the understandings between or among two or more people.

G. The terms **"Identification," "Identify,"** and/or **"Identity,"** when used is reference to (a) a natural individual, require you to state his or her full name and residential and business addresses: (b) a corporation, require you to state its full

       corporate name and any names under which it does business, its state of incorporation, the address of its principal place of businesses, and the addresses of all of its offices in the State of Florida; (c) a business, require you to state the full name or style under which the business is conducted, its business address or addresses, the types of businesses in which it is engaged, the geographic areas in which it conducts those business, and the identity of the person or persons who own, operate, and control the business; (d) a document, require you to state the number of pages and the nature of the document (e.g., letter or memorandum), its title, its date, the name or names of its authors and recipients, and its present location and custodian; (e) a communication, require you, if any part of the communication was written, to identify the document or documents which refer to or evidence the communication, and, to the extent that the communication was non-written, to identify the persons participating in the communication and to state the date, manner, place and substance of the communication.

H.      The term **"Describe in Detail"** shall mean to recite the information in your possession for each separate and distinct act, instance, occurrence, or communication, including the date, location and identity of each and every person present or involved, and the identity of each and every communication and each and every document which related to the act, instance, occurrence or communication.

I.      The term **"Referring to"** or **"Relating to"** means in any way directly or indirectly, concerning, referring to, disclosing, describing, confirming, supporting, evidencing or representing.

J.      The term **"And"** and **"Or"**, as used herein, are both conjunctive and disjunctive.

K.      All singular words include the plural, and all plural words include the singular.

L.      All works in the present tense include the past, and all works in the past tense include the present.

M.      Each paragraph herein shall be construed independently and not by reference to any other paragraph for the purpose of limitation.

N.      You are required to produce all documents requested by the request for production which are in your custody or subject to your control, and to use reasonable diligence to locate and produce such documents. If any documents cannot be located or no longer exists, you are requested to provide an explanation and to identify the last known location and custodian of the document. If you contend that you are entitled to withhold from review any or all documents identified herein on the basis of any privilege, then do the following with respect to each and every document so withheld: (a) describe the nature of the document (e.g., letter or memorandum); (b) state the date of the document; (c) identify the persons who sent and received the original and a copy of the document; (d) state

|     |     |
| --- | --- |
|     | the subject matter of the document; and (e) state the basis upon which you contend you are entitled to withhold the document from production. |
| O.  | Unless otherwise instructed, the **relevant time period** for all responsive documents shall be four year prior to and through the date of filing the bankruptcy petition to the present. |
| P.  | The terms "**Debtor**," "**Pedro E Alvarez**", "**You**" and/or "**Yours**" refers to the Debtor in this bankruptcy proceeding, jointly and severally, together with any and all, present and former agents, employees, representatives, servants, attorneys or other persons acting or purporting to act on behalf of Debtor. |
| Q.  | The term **"Trustee"** refers to the Bankruptcy Trustee in **Case No. 18-22945-AJC**, together with any and all, present and former agents, employees, servants, attorneys, or other persons acting or purporting to act on behalf of Trustee. |